# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ALBERTO B. & CONSUELO G. NAVARRO |
| **Case Number:** | 2:09-BK-20959-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 06, 2009 10:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

HEARING REGARDING POSSIBLE MANDATORY DISMISSAL.

**R / M #:**   13 / 0

## *Appearances:*

ILLER M HARDY, ATTORNEY FOR ALBERTO B. NAVARRO, CONSUELO G. NAVARRO, Appearing by telephone

## *Proceedings:*

Ms. Hardy states that she attempted to file the documents yesterday and was having difficulty with ECF.   Due to an illness by the debtors and herself there was a delay in getting the documents completed.

COURT FINDS THERE IS CAUSE TO EXTEND THE FILING DEADLINE FOR THE REQUIRED DOCUMENTS TO OCTOBER 25, 2009.

C=>BG